AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
FILED

MAY 22 2012

David J. Bradley, Clerk of Court

_Silvia Teresa Osorio_
Plaintiff

v.

_Hewlett Packard Company, L.P._
Defendant

Civil Action No. _4:12CV1062_

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) _Hewlett Packard Company, L.P. at: Privacy Mailbox HP 11445 Compaq Center Drive W. Mailstop 040307 Houston, Texas 77070, USA._

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: _Silvia Osorio: 4203 Hirsch Road, Apt. #6, Houston, Texas 77026-3859_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   DAVID J. BRADLEY

Date: _4/27/12_

_Ketta Craig_
Signature of Clerk or Deputy Clerk

NOTE: Procedure in forma pauperis.

United States District Court
Southern District of Texas
Houston Division

Silvia Teresa Osoria,      Civil Action NO.
       Plaintiff,           4:12CV1062

Vs.

Hewlett-Packard Company, L.P.,
       Defendant,

## Certificate of Service

I certify that a copy of the foregoing has been furnished and sent via US First Class Mail to: United States District Court, Southern District of Texas P.O. Box 61010, Houston, Texas 77208. Attention to: Clerk of Court; and, Hewlett Packard Company at: Privacy Mailbox, HP 11445 Compaq Center Drive W. Mailstop 040307 Houston, Texas 77070, USA.

_Silvia Osoria_
Pro Se Litigant
(Under 28 USC §1746(2))
(As my seal)

David
7205 Hirsch Rd.
Houston, tx. 77026

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208
Attention to: Clerk of Court

Fort Sumter April 12, 13, 1861
USA